**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**CASE NO: 6:26-CV-00118-CEM-NWH**

REGINALD ROBIN ALLEN,

      Plaintiff,

    v.

EQUIFAX INFORMATION SERVICES
LLC, EXPERIAN INFORMATION
SOLUTIONS, INC., TRANSUNION
LLC, INNOVIS DATA SOLUTIONS,
INC., and FACTORTRUST, INC.,

      Defendants.

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S**
**NOTICE OF DESIGNATION OF LEAD COUNSEL**

Defendant, Equifax Information Services LLC ("Equifax"), pursuant to

Middle District of Florida Local Rule 2.02(a), hereby notifies the Court and all

Counsel of Record of Paige Vacante's designation as Lead Counsel for Equifax in

this action. Paige Vacante is counsel of record and is duly registered to receive

notices at pvacante@seyfarth.com.

326056628v.1

2

DATED:  May 27, 2026          Respectfully submitted,

SEYFARTH SHAW LLP


By: */s/ Paige Vacante*

Paige Vacante, Bar No. 1019135
pvacante@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000

*Counsel for Defendant*
*Equifax Information Services LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2026, I presented the foregoing DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S NOTICE OF DESIGNATION OF LEAD COUNSEL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy has also been sent via U.S. Mail to the following:

> Reginald Robin Allen, *plaintiff pro se*
> 1528 Cricket Club Circle, Apt. 204
> Orlando, Florida 32828


     */s/ Paige Vacante*
Paige Vacante
*Counsel for Defendant*
*Equifax Information Services LLC*

326056628v.1