Reginald Robin Allen
*Plaintiff, Pro Se*
1528 Cricket Club Circle, Apt. 204
Orlando, Florida 32828
RRAexec@gmail.com

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

REGINALD ROBIN ALLEN,

    *Plaintiff,*

v.

EQUIFAX INFORMATION SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANSUNION LLC,
INNOVIS DATA SOLUTIONS, INC., and
FACTORTRUST, INC.,

    *Defendants.*

Case No. 6:26-cv-00118-CEM-NWH

---

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO INNOVIS DATA SOLUTIONS, INC., AND FACTORTRUST, INC.

---

Plaintiff Reginald Robin Allen, proceeding pro se, hereby gives notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) of the voluntary dismissal without prejudice of all claims against Defendants Innovis Data Solutions, Inc. and FactorTrust Inc. only.

As grounds therefor, Plaintiff states:

1.    Defendants Innovis Data Solutions, Inc. and FactorTrust Inc. have not filed an answer or a motion for summary judgment in this action.

2.      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff may voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

3.      This dismissal is without prejudice to the refiling of claims against Innovis Data Solutions, Inc. and FactorTrust Inc.

4.      This Notice does not affect the pending claims against Defendants Equifax Information Services LLC, Experian Information Solutions, Inc., and TransUnion LLC, which remain active.

5.  This filing is intended to cure the pending Order to Show Cause (Doc. 24, April 22, 2026) and is filed in good faith to facilitate orderly case management.

Respectfully submitted,

/s/Reginald Robin Allen
REGINALD ROBIN ALLEN
1528 Cricket Club Circle, Apt. 204
Orlando, FL 32828
RRAexec@gmail.com

**PLAINTIFF PRO SE**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 29, 2026, I caused the foregoing Amended Plaintiff's Request for Judicial Notice to be served upon the following counsel of record via electronic mail to:

Gary Sonnenfeld, Esq.
Troutman Pepper Locke LLP
777 South Flagler Drive, Suite 215, East Tower
West Palm Beach, FL 33401
*Counsel for Defendant Experian Information Solutions, Inc.*

Paige Vacante, Esq.
Seyfarth Shaw LLP
pvacante@seyfarth.com
*Counsel for Defendant Equifax Information Services LLC*

Sean Michael Moloney, Esq.
Quilling Selander Lownds Winslett Moser
smoloney@qslwm.com

/s/ Reginald Robin Allen
Reginald Robin Allen
*Plaintiff, Pro Se*