**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

REGINALD ROBIN ALLEN,

Plaintiff,

v.                                                    Case No. 6:26-CV-00118-CEM-
                                                                              NWH

EQUIFAX INFORMATION SERVICES,
LLC, EXPERIAN INFORMATION
SOLUTIONS, INC., TRANSUNION,
LLC, INNOVIS DATA SOLUTIONS,
INC. and FACTORTRUST, INC.,

Defendants.

_____/

**<u>AMENDED NOTICE OF APPEARANCE</u>**
**(Amended to include Certificate of Service)**

PLEASE TAKE NOTICE that Patrick T. Kalbac, Esq. of the law firm of Venable LLP hereby gives Notice to the Court and all interested parties of his appearance as counsel on behalf of Defendant Experian Information Solutions, Inc. in this matter, and further requests that copies of all documents, pleadings, notices, motions, orders and any and all other papers served or filed in the above-styled matter be directed to the undersigned.

**<u>Certificate of Service</u>**

THIS IS TO CERTIFY that on June 1, 2026, the foregoing was electronically filed with the Clerk of Court via the Court's CM/ECF system, which will E-mail notification of such filing to all attorneys of record.  I further certify that I E-mailed and mailed the foregoing and the notice of electronic filing by first-class mail to the following non-CM/ECF participant:

Reginald Robin Allen
1528 Cricket Club Circle, Apt. 204
Orlando, FL 32828
Email:  RRAexec@gmail.com


Dated June 1, 2026                    Respectfully submitted,

                                      VENABLE LLP
                                      *Attorney for Experian Information Solutions, Inc.*
                                      801 Brickell Avenue, Suite 1500
                                      Miami, Florida 33131
                                      Telephone: (305) 349.2300
                                      Facsimile: (305) 349.2310

                                      By:  s/  *Patrick T. Kalbac*
                                      Patrick T. Kalbac (FBN 1011649)
                                      ptkalbac@venable.com