UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**REGINALD ROBIN ALLEN,**

**Plaintiffs,**

v.                                                                    **Case No.  6:26-cv-118-CEM-NWH**

**EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS,
INC., TRANSUNION LLC,
INNOVIS DATA SOLUTIONS,
INC., and FACTORTRUST INC.,**

**Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on the Notice of Voluntary Dismissal without prejudice as to Defendants Innovis Data Solutions, Inc. and FactorTrust, Inc. (Doc. 33). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to terminate Innovis Data Solutions, Inc. and FactorTrust as Defendants in this case and amend the case style accordingly.

**DONE** and **ORDERED** in Orlando, Florida on June 1, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party