## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

|  |  |
|---|---|
| **REGINALD ROBIN ALLEN,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION LLC; INNOVIS DATA SOLUTIONS, INC.; and FACTORTRUST INC.,**<br><br>    **Defendants.** | **Civil Action No. 6:26-cv-00118-CEM-NWH** |

## MOTION TO WITHDRAW THE APPEARANCE OF GARY SONNENFELD

Pursuant to Local Rule 2.02, the undersigned, Gary Sonnenfeld, respectfully requests to withdraw as counsel for Defendant, Experian Information Solutions, Inc. ("Experian") in this matter. This case has been transferred to the law firm of Venable LLP representation and service as lead counsel. Experian will be represented by Patrick T. Kalbac of Venable LLP, who is admitted to this Court. A proposed Order granting the Motion to Withdraw is attached hereto as **Exhibit A.**

## LOCAL RULE 2.02(c)(1)(B) CERTIFICATION

The undersigned certifies that Experian is aware of the upcoming withdrawal, and that Experian consents.

/s/ Gary Sonnenfeld
Gary Sonnenfeld
Florida State Bar No. 53261

Dated: June 2, 2026

Respectfully submitted,

/s/ Gary Sonnenfeld
Gary Sonnenfeld
Florida State Bar No. 53261
TROUTMAN PEPPER LOCKE LLP
777 South Flagler Drive
Suite 215, East Tower
West Palm Beach, FL 33401
Telephone: (305) 712-1572
Facsimile: (561) 655-8719
Email: gary.sonnenfeld@troutman.com

Patrick T. Kalbac (FBN 1011649)
801 Brickell Avenue, Suite 1500
Miami, Florida 33131
Telephone: (305) 349.2300
Facsimile: (305) 349.2310
Email: ptkalbac@venable.com

*Counsel for Experian Information Solutions, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 2, 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I further certify that I served a copy by U.S. Mail and email upon:

Reginald Robin Allen
1528 Cricket Club Circle
Apt. 204
Orlando, FL 32828
rraexec@gmail.com
*Pro se plaintiff*

*/s/ Gary Sonnenfeld*
Gary Sonnenfeld
Florida State Bar No. 53261

*Counsel for Experian Information Solutions, Inc.*

3

329872400