UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**REGINALD ROBIN ALLEN,**

      Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
TRANSUNION LLC,

      Defendants.

_____/

Case No. 6:26-cv-00118-CEM-NWH

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE UNIFORM CASE MANAGEMENT REPORT

Plaintiff Reginald Robin Allen, proceeding pro se, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) for a brief extension of time to file the Uniform Case Management Report ("UCMR"), and in support states as follows:

1. The Court's Endorsed Order of April 30, 2026 set the deadline for the parties to file the Uniform Case Management Report.

2. Prior to the deadline, Plaintiff engaged in multi-party conferral with counsel for all three remaining Defendants — Gary Sonnenfeld, Esq. (Troutman Pepper Locke LLP) for Experian Information Solutions, Inc.; Jason Daniel Joffe, Esq. (Squire Patton Boggs) for Equifax Information Services LLC; and Sean Moloney, Esq. (Quilling Selander Lownds Winslett & Moser PC) for TransUnion LLC — regarding the content and form of a joint UCMR.

3. On or about June 1, 2026, counsel for Experian notified Plaintiff that Experian objected to modifications Plaintiff had made to the circulated document, and that Experian did not authorize its signature to be affixed to the modified version. Plaintiff has withdrawn the modified document and requested that defense counsel confirm whether the parties can proceed on a prior agreed version.

4. As of the time of filing, the parties have not reached agreement on a final version of the UCMR. Plaintiff cannot represent that this Motion is unopposed.

5. Under Federal Rule of Civil Procedure 6(b)(1)(A), the Court may, for good cause, extend a deadline before it expires. The ongoing multi-party dispute regarding the content of the joint UCMR constitutes good cause for a brief extension to permit the parties to resolve their disagreement or, in the alternative, for Plaintiff to file a unilateral UCMR.

6. Plaintiff requests a seven (7) day extension of the UCMR deadline, through and including June 8, 2026.

7. This request is made in good faith, is not made for the purpose of delay, and will not prejudice any party. No trial date has been set, and discovery has not yet commenced.

**WHEREFORE**, Plaintiff respectfully requests that this Court enter an Order extending the deadline to file the Uniform Case Management Report through and including June 8, 2026.

Respectfully submitted,


/s/ Reginald Robin Allen
Reginald Robin Allen
Plaintiff Pro Se
1528 Cricket Club Circle, Apt. 204
Orlando, Florida 32828
RRAexec@gmail.com
Date: June 1, 2026

---

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Middle District of Florida Local Rule 3.01(g), Plaintiff certifies that he conferred with counsel for all Defendants prior to filing this Motion in a good faith effort to resolve the scheduling matter at issue without court intervention. Specifically:

(a) Plaintiff engaged in email and telephone conference with counsel for Experian (Gary Sonnenfeld, Esq.), counsel for Equifax (Jason Daniel Joffe, Esq.),

and counsel for TransUnion (Sean Moloney, Esq.) on or about May 4, 2026, and thereafter, regarding the content and execution of the joint Uniform Case Management Report.

**(b)** On June 1, 2026, counsel for Experian notified Plaintiff that Experian opposed the version of the document Plaintiff had circulated and refused to authorize its signature on that document.

**(c)** Plaintiff transmitted correspondence to all defense counsel on June 1, 2026, withdrawing the disputed document and requesting agreement on a prior version. No agreement had been reached as of the time of filing.

Plaintiff is unable to represent that this Motion is unopposed.

---

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2026, I filed the foregoing Motion with the Clerk of the Court and served a copy via electronic mail upon the following:

Patrick T. Kalbac, Esq | VENABLE LLP
801 Brickell Avenue, Suite 1500 Miami, Florida 33131
ptkalbac@venable.com — Counsel for Experian Information Solutions, Inc.

Paige Vacante, Esq. | Seyfarth Shaw LLP
233 South Wacker Drive, Suite 8000 Chicago, IL 60606
pvacante@seyfarth.com — Counsel for Equifax Information Services LLC

Sean Moloney, Esq. | Quilling Selander Lownds Winslett & Moser PC
5801 Tennyson Parkway, Suite 440, Plano, Texas 75024
smoloney@qslwm.com — Counsel for TransUnion LLC

/s/ Reginald Robin Allen
Reginald Robin Allen, Plaintiff Pro Se